UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KRISTEN CARLYON,

                          Plaintiff,

     v.

COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.

Case No. C23-5548 RSM

**ORDER AMENDING
SCHEDULING ORDER**

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including November 27, 2023, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including December 11, 2023, to file a reply brief.

DATED this 24th day of October, 2023.

_____
Ricardo S. Martinez
United States District Judge

ORDER AMENDING SCHEDULING ORDER - 1